IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Michelle Patterson,** § | |
| **Plaintiff,** § | |
| § | |
| § | |
| **v.** § | **Civil Action No. 3:21-cv-02546-G** |
| § | |
| § | |
| **Macy's Retail Holdings, LLC,** § | |
| **Defendant.** § | |

## NOTICE OF ATTORNEY APPEARANCE

To:   The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear in this case as counsel for Plaintiff Michelle Patterson.

Date:   October 20, 2022.

           Respectfully submitted,

           /s/Travis Gasper
           **Travis Gasper**
           State Bar No. 24096881
           **GASPER LAW, PLLC**
           1408 N. Riverfront Blvd., Suite 323
           Dallas, Texas 75207
           Tel.: 972.504.1420
           Fax: 833.957.2957
           travis@travisgasper.com

           ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Travis Gasper
**Travis Gasper**