# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Michelle Patterson

Plaintiff

v.

Macy's Retail Holdings, LLC,

Defendant

3:21-cv-02546-G

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff Michelle Patterson

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Michelle Patterson, Plaintiff
Travis Gasper, Gasper Law, PLLC, Plaintiff's Counsel

Macy's Retail Holdings, LLC, Defendant
Michael C. Christman, Macy's Law Department, Defendant's Counsel
Arthur V. Lambert, Fisher & Phillips LLP, Defendant's Counsel
All persons and entities listed on Defendant's Certificate of Interested Parties

| | |
|---|---|
| Date: | November 8, 2021 |
| Signature: | /s/Travis Gasper |
| Print Name: | Travis Gasper |
| Bar Number: | 24096881 |
| Address: | 1408 N. Riverfront Blvd., #323 |
| City, State, Zip: | Dallas, Texas 75207 |
| Telephone: | 972.504.1420 |
| Fax: | 833.957.2957 |
| E-Mail: | travis@travisgasper.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons